THOMAS *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 75, September Term, 1963.]

*Decided December 10, 1963.*

Before the full Court.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Foster in the court below, and for the further reason that after a voluntary plea of guilty, entered in his presence by privately retained counsel, all of the irregularities now claimed were waived, and would not have been available, even on direct appeal. *Case v. State,* 228 Md. 551, 554. Cf. *Roberts v. Warden,* 221 Md. 576, 580.